UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MARIO LAVADENZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>TIMITHY S. ROBBINS,<br><br>　　　　　　Respondent. | CASE NO. CV 10-5762-GAF (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Dismissing Petition Without Prejudice,

　　IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

　　DATED: _____11/8/10_____.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LAVADENZ, E 5762\Judgment.wpd